Nov. Term,<br>1856.<br>—<br>DUGDALE<br>v.<br>RYAN.

---

## THE STATE v. HUNTER.

APPEAL from the *Decatur* Circuit Court.

*Per Curiam.*—Information for assault and battery. In this case there is no assignment of error on the record. The cause is therefore not properly before us.

Appeal dismissed.